RECEIVED

AUG 20 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DANIEL LEE FROST (#555375), Plaintiff | CIVIL ACTION NO. 1:18-CV-716; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| NATCHITOCHES PARISH DETENTION CENTER, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's complaint is DENIED and DISMISSED WITH PREJUDICE under §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 20th day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE